CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. BOX 835
CHARLESTON, SOUTH CAROLINA 29402

OFFICIAL BUSINESS

CHARLESTON SC 294
11 FEB 2025 PM 3 L

$0.69
US POSTAGE
FIRST-CLASS
FROM 29401
02/11/2025
Stamps

RECEIVED
USDC CLERK, CHARLESTON, SC
2025 MAR -3 AM 9:04

DAVID WISHNIA
4500 SALISBURY RD SUITE 307
JACKSONVILLE FL 32216-0959

M X-RAYED BY
USMS
3/3/25

NIXIE    326    FE 1040    0002/26/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 29462083535    *2927-05513-11-44

UTF
29402>0835

