UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Jay Connor,

    Plaintiff,

Vs.

David Wishnia and John Does 1-10

    Defendants.

C/A No: 2:24-cv-6310-MGB-JD

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Jay Connor *pro se*, hereby moves this Honorable Court for an entry of default judgment against Defendant David Wishnia in the amount of Twenty-Three Thousand Dollars ($23,000.00), plus post-judgment interest and costs of Five Hundred Seventy Dollars ($570.00) totaling $23,570.00. Plaintiff relies on the accompanying memorandum of law, declaration of Plaintiff and evidence contained within and affixed to the declaration in support of this motion.

Dated: March 19, 2025

Jay C. Connor, *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
Tel: 843-557-5724 (Residential)
Fax: 843-913-8357
jayc650@hush.com