## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I filed the foregoing document with the Clerk of Court. In addition, I caused a copy of the foregoing to be mailed to Defendant at the following addresses:

David Wishnia
4500 Salisbury Road, Suite 307
Jacksonville, FL 32216

David Wishnia
2715 N. Monroe Street
Tallahassee, FL 32312

Dated: March 19, 2025

*[signature]*

Jay C. Connor, Plaintiff *Pro Se*