UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor, <br><br> Plaintiff, <br><br> Vs. <br><br> David Wishnia and John Does 1-10 <br><br> Defendants. | C/A No: 2:24-cv-6310-MGB-JD |

## [PROPOSED] ORDER

**AND NOW,** upon review of Plaintiff Jay Connor's Motion for Default Judgement against David Wishnia individually, and upon good cause shown, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk shall enter in favor of Plaintiff Jay Connor against Defendant David Wishnia in the amount of $_____, plus post-judgment interest at the rate of ____ percent per annum, along with costs.

**SO ORDERED,** this _____ day of _____ 2025.

**BY THE COURT:**

_____

MARY GORDON BAKER

UNITED STATES MAGISTRATE JUDGE