# EXHIBIT B

| Incoming Text/Message | 949-226-6877 | 10/14/2024 | 11:56:14 AM CDT | NA | $0.00 |
| Incoming Text/Message | 949-226-6877 | 10/14/2024 | 11:56:14 AM CDT | NA | $0.00 |