AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jay Connor | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:24-cv-06310-JD |
| David Wishnia | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Jay Connor   recover from the defendant *(name)* David Wishnia   the amount of  $5,570.00  dollars (which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of  4.5  %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date:   Augus 11, 2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*